IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| RAMEKA DILLON-GRIFFIN,<br>as next friend of EUGENE WILSON,<br><br>          Plaintiff,<br>v.<br><br>BIBB COUNTY JAIL STAFF, et al,<br><br>          Defendants. | *<br><br>*<br>    Case No. 5:25-cv-241 (MTT)<br>*<br><br>*<br><br>* |

## **J U D G M E N T**

Pursuant to this Court's Order dated August 28, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 28th day of August, 2025.

                                                      David W. Bunt, Clerk

                                                      s/ Raven K. Alston, Deputy Clerk